UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS, JR.,

                    Plaintiff(s),

-against-

CITY OF NEW YORK, *et al.*,

                    Defendant(s).

23-CV-2700 (JPO)

**ORDER FOR LIMITED APPEARANCE OF PRO BONO COUNSEL**

J. Paul Oetken, United States District Judge:

    The Court directs that the Clerk of Court seek pro bono counsel to enter a limited appearance for the purpose of settlement negotiations, discovery, and trial in the above-captioned action. Counsel will file a Notice of Limited Appearance as Pro Bono Counsel.

SO ORDERED.

Dated:  September 30, 2024
           New York, New York

_____
J. PAUL OETKEN
United States District Judge