PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING           SAN FRANCISCO
BRUSSELS          TOKYO
HONG KONG         TORONTO
LONDON            WASHINGTON, DC
LOS ANGELES       WILMINGTON

DIRECT DIAL: (212) 373-3854
EMAIL: TMYERS@PAULWEISS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/2024

October 2, 2024

**By ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    *Alexander Williams, Jr.* v. *City of New York, et al.*, No. 23-cv-2700 (JPO)

Dear Judge Oetken:

    We write on behalf of Alexander Williams, Jr. to respectfully request (i) a two-week extension of the parties' October 9, 2024 deadline to file a status letter apprising the Court on the status of settlement discussions pursuant to the Court's September 11, 2024 Order (ECF No. 48), and (ii) withdrawal of Plaintiff's Motion for Partial Summary Judgment and accompanying memorandum in support of that motion (ECF Nos. 50–51) without prejudice.

    Our firm has only recently began representing Mr. Williams in this matter and we are scheduled to confer with counsel for Defendants on October 8. A two-week extension of the October 9 status letter deadline is necessary to allow us to consult with Mr. Williams following that conferral and for the parties to have follow-up discussions as needed. This additional time will also allow the parties to more fully apprise the Court of the status of such discussions and the possibility of settlement.

    Similarly, Mr. Williams filed the Motion for Partial Summary Judgment and memorandum in support prior to knowing that we would be representing him in this matter. Accordingly, we respectfully request that the Court order withdrawal of that motion and memorandum without prejudice to our ability to move for summary judgment later in these proceedings, if warranted.

    Counsel for Defendants has consented to both requests.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable J. Paul Oetken                                                                                              2

Respectfully submitted,

/s/ *Tyler B. Myers*
Tyler B. Myers

cc:   All counsel of record (via ECF)

Having conferred with Judge Oetken's Chambers and since this case has been referred to the undersigned for general pretrial supervision (Order of Reference, ECF No. 10), Plaintiff's letter motion at ECF No. 55 requesting an extension of time for the parties to file a status letter in accordance with the Court's September 11, 2024 Order (Pl.'s 10/2/24 Ltr. Mot., ECF No. 55; *see also* 9/11/24 Order, ECF No. 48), with Defendants' consent, is GRANTED. No later than October 23, 2024, the parties shall file a status letter apprising the Court on the status of settlement discussions and if the parties are prepared to proceed with a settlement conference before the undersigned.

Plaintiff also seeks to withdraw his pending motion for partial summary judgment and its supporting papers at ECF Nos. 50 and 51, without prejudice. (Pl.'s 10/2/24 Ltr. Mot. at 1.) Plaintiff's request is GRANTED. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 50.

Nothing herein impacts Defendants' deadline to Answer the Amended Complaint by October 26, 2024 (*see* 9/11/24 Order), or the Initial Pretrial Conference scheduled for December 13, 2024. (*Id.*)

SO ORDERED.
Dated: October 3, 2024

*[Signature: Stewart D. Aaron]*