UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

ALEXANDER WILLIAMS, JR.,                          23-CV-02700 (JPO) (SDA)

                                    Plaintiff,    **[ORDER TO PRODUCE**

            -against-

CITY OF NEW YORK *et al.*,

                                    Defendants.

------------------------------------------------------------------------ x

      Upon the application of the Office of the Corporation Counsel for the City of New York for leave to take the deposition of the Plaintiff in this action, Alexander Williams Jr., an incarcerated individual, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure;

      IT IS HEREBY ORDERED: that an official at the Shawangunk Correctional Facility produce Mr. Alexander Williams Jr. (NYSID# 23B3963) for the taking of his deposition on March 18, 2026, or another date and time convenient to the facility.

Dated:     New York, New York
          February 13, 2026

                                    _____
                                      Hon. Stewart D. Aaron
                                      United States Magistrate Judge